**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01191-REB-BNB

ROBERT BLACKMAN,

     Plaintiff,

v.

DAN CLARK, Lieutenant, ADX Florence, Colorado,

Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before is the **Recommendation of United States Magistrate Judge** [#25],[1] filed February 8, 2013. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).*

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#25], filed February 8, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies** [#19], filed November 7, 2012, is **GRANTED**;

3. That plaintiff's sole remaining claim for retaliation is **DISMISSED WITH PREJUDICE**; and

4. That judgment **SHALL ENTER** on behalf of defendant, Dan Clark, Lieutenant, ADX Florence, Colorado, against plaintiff, Robert Blackman, as to plaintiff's sole remaining claim for retaliation; provided, that the judgment as to this claim shall be with prejudice.

Dated April 4, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge