# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 12-cv-01191-REB-BNB

ROBERT BLACKMAN,

      Plaintiff,

v.

DAN CLARK, Lieutenant, ADX Florence, Colorado,

Defendant.

---

## ORDER ADOPTING RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

The matter before is the **Recommendation of United States Magistrate Judge** [#25],[1] filed February 8, 2013.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1]  "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2]  This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#25], filed February 8, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies** [#19], filed November 7, 2012, is **GRANTED**;

3.  That plaintiff's sole remaining claim for retaliation is **DISMISSED WITH PREJUDICE**; and

4.  That judgment **SHALL ENTER** on behalf of defendant, Dan Clark, Lieutenant, ADX Florence, Colorado, against plaintiff, Robert Blackman, as to plaintiff's sole remaining claim for retaliation; provided, that the judgment as to this claim shall be with prejudice.

Dated April 4, 2013, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge