**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01191-REB-BNB

ROBERT BLACKMAN,

     Plaintiff,

v.

DAN CLARK, Lieutenant, ADX Florence, Colorado,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court on plaintiff's **Motion For Leave To File an Amended Notice of Appeal** [#36] filed October 17, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That plaintiff's **Motion For Leave To File an Amended Notice of Appeal** [#36] filed October 17, 2013, is **GRANTED**; and

     2.  That plaintiff shall have until **November 10, 2013**, in which to file his amended notice of appeal.

     Dated: October 23, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.